IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | No. 12-CR-0190-1 |
| | : | |
| **ANDREW BOGDANOFF** | : | |
| **#68251-066** | : | |
| **FCI TERMINAL ISLAND** | : | |
| **1299 SEASIDE AVENUE** | : | |
| **SAN PEDRO, CA. 90731** | : | |

## ORDER

**AND NOW**, this 8th day of May, 2020, upon consideration of Defendant Andrew Bogdanoff's "Motion for Modification of Sentence Pursuant to 18 U.S.C § 3582(c)(1)(A)" (ECF No. 410), Defendant's "Request to Continue" (ECF No. 413), Defendant's "Request for Telephonic Conference" (ECF No. 414), the respective responses thereto, and after teleconference hearings on May 4–6, 2020, and for the reasons set forth in my accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **DENIED without prejudice** to move, if necessary, after exhausting his remedies consistent with the mandates of 18 U.S.C. § 3582(c)(1)(A) and United States v. Raia, 954 F.3d 594 (3d Cir. 2020).

BY THE COURT:

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**